UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 JUL -3 PM 2:46

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>Arnulfo Castro-Gutierrez<br><br>Defendant(s) | CRIMINAL NO. 08 mj 8558<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06473298 |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Francisco Solis-Gonzalez
ICJ BK# 886412

DATED: 7/3/08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** [signature] **DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** [signature] Susana Alvarez Romero

**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082